[No. 60732-4-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAUN LEMUEAL WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09191-9, Michael Heavey, J., entered October 15, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Lau, J. Now published at 147 Wn. App. 264.

[No. 35099-8-II.   Division Two.   September 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID W. RISLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 06-1-00019-4, E. Thompson Reynolds, J., entered June 15, 2006. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36472-7-II.   Division Two.   September 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS EUGENE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00116-1, Theodore F. Spearman, J. Pro Tem., entered May 22, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36579-1-II.   Division Two.   September 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID H. HILL, *Petitioner*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 06-1-00128-7, Matthew L. Clucas, J. Pro Tem., entered June 1, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Hunt, JJ.